```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEOW INC.,

                Plaintiff,

- against -

J. ROSEROCO NEW YORK CO., LTD.,

                Defendant.

09 Civ. 2691 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the May 12, 2009 initial conference in the above-captioned action is adjourned until June 12, 2009 at 11:30 a.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:      New York, New York
              May 8, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge